<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7384**

_____

STEVEN WAYNE GOODMAN,

              Plaintiff – Appellant,

        v.

D. B. EVERETT, Warden, SIISP; D. ROBINSON, Regional
Director, Eastern District of the DOC; GENE JOHNSON,
Director of the DOC; K. BASSETT, Warden, Keen Mountain
Correctional Center; PIXLEY, Assistant Warden, SIISP; MR.
PHELPS, Correctional Officer, KMCC; R. SANDIFER,
Institutional Ombudsman, KMCC; JOHN/JANE DOE, Regional
Ombudsman, Western Region of the DOC; K. PICKEREL,
Assistant Warden, KMCC; L. HUFFMAN, Regional Director,
Western Region of the DOC; G. ROBINSON, Manager, Ombudsman
Services United for the DOC; JOHN JABE, Deputy Director of
the DOC; HAYES, Institutional Investigator, SIISP; C.
HARRIS, Housing Unit Manager and Institutional
Classification Authority-Special Housing Unit; J. HARRIS,
Treatment Programs Supervisor; OFFICER GILMORE, Chief
Security, SIISP; JOHN/JANE DOE, #2, Central Classification
Services for the DOC; G. BASS, Manager, Offender Management
Services; OFFICER BARBOUR, Office Service Specialist,
SIISP; MASSENBURG, Institutional Ombudsman, SIISP; W.
ROLLINS, Operations Officer, SIISP; G. SIVELS, Regional
Ombudsman Eastern Region of the DOC; NICHOLS, Psychologist,
SIISP; RIVERS, Psychologist, SIISP; GENERAL, Psychiatrist,
SIISP; L. STANDFORD, Employee of Prison Health Services and
Health Service Administrator at SIISP; S. TAYLOR, Employee
of Prison Health Services and Director of Nursing at SIISP;
K. WATSON, Director of Audits and Regulation Compliance for
Prison Health Services; C. COUTHER, Regional Nurse
Administrator, Eastern Region of the DOC,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:06-cv-00849-RLW)
Submitted: April 29, 2011                    Decided: June 28, 2011
Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Wayne Goodman, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia, for Appellees.
Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wayne Goodman appeals from the district court's orders granting summary judgment to Defendants, denying his motion for reconsideration, and denying his miscellaneous motions. We have reviewed the district court's rulings, the record, and Goodman's claims on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goodman v. Everett, No. 3:06-cv-00849-RLW (E.D. Va. Sept. 30, 2008; May 1, May 13 & June 18, 2009).

We also note that, while Goodman filed a Fed. R. Civ. P. 56(d) affidavit seeking discovery prior to a ruling on Defendants' summary judgment motion, Goodman's motion failed to show that discovery would develop evidence crucial to material issues before the court. See Program Eng'g, Inc. v. Triangle Publ'ns, Inc., 634 F.2d 1188, 1193 (9th Cir. 1980) (discussing prior version of Rule 56). Thus, the district court did not err in denying the motion. We deny Goodman's motions for a stay and appointment of counsel, and grant his motion to amend his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3